MLY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

   - against -    11 CR 486 (DLI)

GJAVIT THAQI, ET AL.,

       Defendants.

- - - - - - - - - - - - - - - - - -X

## MOTION TO WITHDRAW AS GOVERNMENT COUNSEL

Pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.1 of the United States District Court for the Eastern District of New York, the United States hereby moves to withdraw Michael L. Yaeger Assistant United States Attorney, Eastern District of New York, as co-counsel for the United States in the above-captioned matter, because he has been re-assigned. Assistant United States Attorneys Steven Tiscione, Gina Parlovecchio, Una Dean, and Richard Tucker remain on the

case.  The Clerk of the Court is respectfully requested to remove Michael L. Yaeger from the list of addressee counsel in relation to this case.

Dated: Brooklyn, New York
       March 1, 2013

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                    By:        /s/
                              Michael L. Yaeger
                              Assistant U.S. Attorney
                              Eastern District of New York
                              271 Cadman Plaza East
                              Brooklyn, New York 11201
                              michael.yaeger@usdoj.gov
                              (718) 254-6075

cc:   Clerk of the Court (via ECF)