

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT
F. # 2010R01661

*271 Cadman Plaza East*
*Brooklyn, New York 11201*


October 7, 2013


By Hand and ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

> Re:   United States v. Gjavit Thaqi
>         Criminal Docket No.  11-486 (S-1) (DLI)

Dear Judge Irizarry:

        The government respectfully submits this letter to request that the deadline for filing objections to the Presentence Investigation Report ("PSR") in the above captioned matter be extended until October 14, 2013.  The government is in discussions with defense counsel regarding the substantial difference between the Guidelines calculation in the PSR and the plea agreement negotiated between the parties, and requires additional time to complete these discussions and formulate its objections to the PSR.  Sentencing is currently scheduled for November 13, 2013, so a one-week adjournment of the PSR objections should not impact the sentencing date.

        Thank you for your consideration of this request.


                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

                        By:    _____/s/_____
                                        Steven L. Tiscione
                                        Assistant U.S. Attorney
                                        (718) 254-6317